IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHAWN DAWLEY            )
                        )
        v.              )
                        )   CA 00-106 Erie
ERIE INSURANCE GROUP, ET AL   )

ORDER

AND NOW, this 3rd day of February, 2006, it appearing to the court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the pleadings/case impounded in the office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

The pleadings/case is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded pleadings/case shall file a request with the Clerk with notification to all parties. This file/pleading is to remain sealed for the next 10 years.

Documents: Docs. 16

_____
    s/Sean J. McLaughlin
    U.S. DISTRICT JUDGE